No. 18,589.

In the Matter of the Estate of Josephine Hoyer
Orton, et al. *v.* The Colorado Springs
National Bank, et al.
(355 P. [2d] 1089)

Announced October 10, 1960.    Rehearing denied October 31, 1960.

Mr. Patrick M. Hinton, for plaintiff in error Boys Club Association of Colorado Springs.

Messrs. Hoyt & Gallagher, for plaintiffs in error Manufacturers and Traders Trust Company and University of Buffalo.

Mr. Robert H. La Grange, for defendant in error John Conrad Atnip.

Mr. Robert L. Spurgeon, for defendant in error The Colorado Springs National Bank.

*En Banc.*

Per Curiam.

Mr. Justice Hall, Mr. Justice Day and Mr. Justice Frantz for affirmance.

Mr. Justice Moore, Mr. Justice Knauss and Mr. Justice Doyle for reversal.

MR. CHIEF JUSTICE SUTTON does not participate.

The court being evenly divided, the judgment is affirmed by operation of law.